# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JOSEPH GIACOMAZZI,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:21-cv-01031-AWI-GSA<br><br>**ORDER DIRECTING CLERK TO ISSUE SCHEDULING ORDER** |

The Certified Administrative Record having been filed in this matter and the General Order 615 stay having been lifted, the Clerk of Court is **DIRECTED** to issue the scheduling order.

IT IS SO ORDERED.

Dated:   **December 20, 2021**              /s/ Gary S. Austin
                                                                 UNITED STATES MAGISTRATE JUDGE