**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ADAM JOSEPH GIACOMAZZI,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-01031-GSA<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

The parties, through counsel, HEREBY STIPULATE, subject to the approval of the Court, that the above entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Administrative Law Judge will be instructed to reevaluate the medical evidence of record, reevaluate Plaintiff's maximum residual functional capacity pursuant to the relevant regulations, and take further action as appropriate to issue a new decision.

Respectfully submitted,

Dated:  February 28, 2022

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By   /s/ *Patrick Snyder*
PATRICK SNYDER
Special Assistant U.S. Attorney

Attorneys for Defendant

1

Dated:  February 25, 2022         LAW OFFICES OF FRANCESCO P. BENAVIDES

                                           By      /s/  *Francesco P. Benavides**
                                                     (*as authorized via e-mail on Feb. 25, 2022)
                                                     FRANCESCO P. BENAVIDES
                                                     Attorney for Plaintiff

## **ORDER**

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for good cause shown, IT IS ORDERED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **February 28, 2022**                                **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE